IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| DEVIN L. TROTTER, | § |
| | § No. 264, 2016 |
| Defendant Below | § |
| Appellant, | § |
| | § Court Below: Superior Court |
| v. | § of the State of Delaware |
| | § |
| STATE OF DELAWARE, | § Cr. ID. No. 1502012432 |
| | § |
| Plaintiff Below, | § |
| Appellee. | § |

Submitted: April 12, 2017
Decided: April 18, 2017

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices; **SLIGHTS**, Vice Chancellor,[*] constituting the Court *en Banc*.

# **O R D E R**

This is a case with a complicated record, and the single issue of colorable merit on appeal is whether defendant Devin Trotter's motion to suppress was improperly denied. But the bottom line is that the police had probable cause, based on the totality of the circumstances as reasonably perceived by the key officer, to believe that Trotter, at the very least, illegally concealed a deadly weapon, and thus had grounds not just to detain Trotter, but also to arrest him. For that reason, the Superior Court properly denied the motion to suppress.

---

[*] Sitting by designation under Del. Const. art. IV, § 12.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice